Certificate Number: 00437-PAE-DE-027762173

Bankruptcy Case Number: 16-14664



00437-PAE-DE-027762173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2016, at 9:48 o'clock AM MDT, Edward Harvey completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 17, 2016            By:    /s/Kimberly Jackson

                                Name:  Kimberly Jackson

                                Title: Accredited Financial Counselor