United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14664-ref
Edward J. Harvey                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 1          Date Rcvd: Aug 01, 2016
                              Form ID: 309A           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
```
db            +Edward J. Harvey,    1453 Walnut Lane,    Macungie, PA 18062-9407
tr            +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
               Doylestown, PA 18901-4872
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13761707      +General Plumbing Supply,    980 New Durham Rd,    Edison, NJ 08817-2274
13761708       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
13761711       Nationwide Credit Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
13761315      +Quicken Loans, Inc.,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: BarbR@wwgrlaw.com Aug 02 2016 01:54:34     SCOTT M. WILHELM,
               Winegar, Wilhelm, Glynn & Roemersma,    305 Roseberry Street,    P.O. Box 800,
               Phillipsburg, NJ  08865
smg           +E-mail/Text: robertsl2@dnb.com Aug 02 2016 01:55:13     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2016 01:54:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2016 01:55:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 02 2016 01:55:05     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13761705       EDI: CAPITALONE.COM Aug 02 2016 01:43:00      Capital One Bank,    PO Box 30281,
               Salt Lake City, UT 84130-0281
13761706       EDI: CHASE.COM Aug 02 2016 01:43:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13761709       EDI: JEFFERSONCAP.COM Aug 02 2016 01:43:00      Jefferson Capital System,    16 McLeland Rd,
               Saint Cloud, MN 56303-2198
13761710       EDI: MERRICKBANK.COM Aug 02 2016 01:43:00      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
13761712       E-mail/Text: bankruptcyteam@quickenloans.com Aug 02 2016 01:55:17     Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
13761713       EDI: WFFC.COM Aug 02 2016 01:43:00      Wells Fargo Bank,    PO Box 348750,
               Sacramento, CA 95834-8750
                                                                                              TOTAL: 11
```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              SCOTT M. WILHELM    on behalf of Debtor Edward J. Harvey BarbR@wwgrlaw.com,
               G27019@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Edward J. Harvey** | Social Security number or ITIN **xxx–xx–9055** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **7   6/30/16** |
| Case number: | **16–14664–ref** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward J. Harvey | |
| 2. | **All other names used in the last 8 years** | aka Edward Joseph Harvey | |
| 3. | **Address** | 1453 Walnut Lane<br>Macungie, PA 18062 | |
| 4. | **Debtor's attorney**<br>Name and address | SCOTT M. WILHELM<br>Winegar, Wilhelm, Glynn & Roemersma<br>305 Roseberry Street<br>P.O. Box 800<br>Phillipsburg, NJ 08865 | Contact phone (908) 454–3200<br>Email:  BarbR@wwgrlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 8/1/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2016 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/25/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **2**