*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edward J. Harvey
    Debtor(s)

Case No: 16–14664–ref
Chapter: 7

---

# REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Pro Se Reaffirmation Agreement Between Debtor and Quicken Loans Inc.

    On: 9/22/16

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 8/25/16

For The Court

Timothy B. McGrath
Clerk of Court

12 – 11
Form 172