United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14664-ref
Edward J. Harvey                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela            Page 1 of 1           Date Rcvd: Aug 25, 2016
                      Form ID: 172         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2016.
db             +Edward J. Harvey,    1453 Walnut Lane,    Macungie, PA 18062-9407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
        SCOTT M. WILHELM    on behalf of Debtor Edward J. Harvey BarbR@wwgrlaw.com,
         G27019@notify.cincompass.com
        THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                  TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edward J. Harvey
    Debtor(s)

Case No: 16–14664–ref
Chapter: 7

___

# REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Pro Se Reaffirmation Agreement Between Debtor and Quicken Loans Inc.

    On: 9/22/16

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated:  8/25/16

For The Court

Timothy B. McGrath
Clerk of Court

12 – 11
Form 172