**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
Phone: (908) 454-3200
Fax: (908) 454-3322
Wilhelms@wwgrlaw.com
Attorneys for Debtors

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Edward J. Harvey | **CHAPTER 7**<br>**Case No. 16-14664 (REF)** |

### STIPULATION AND CONSENT ORDER

AND NOW, this ____ day of September, 2016, upon consideration of both the Debtor, Edward J. Harvey's, and the Creditor, General Plumbing Supply Inc.'s, counsels' request that this Court approve a stipulation which has been reached on the Creditor's pre-petition levy, and the Chapter 7 Trustee having agreed thereto and for good cause shown; IT IS HEREBY ORDERED that the attached Stipulation is approved.

_____
RICHARD E. FEHLING, U.S.B.J.

## STIPULATION

This matter being opened to the Court upon consent of the parties, and General Plumbing Supply Inc., having recovered a judgment against the Debtor in the Superior Court of New Jersey, Law Division - Essex County, under docket number ESX L 5475-13, which judgment was filed March 3, 2016, and execution efforts pursuant to New Jersey statutes and the New Jersey Rules of Court, and a levy having been effected against funds of the Debtor before he filed the within petition in bankruptcy, and the levied sum being reported as a total of $2,430.35, and counsel to General Plumbing Supply having provided proof the levy occurred before the bankruptcy petition was filed, and Debtor's counsel having submitted proof the funds attached exclusively to a bank account owned by the Debtor, and the parties having discussed and reviewed the matter and being further desirous of amicably resolving the issues raised by the pre-petition levy, without the costs and uncertainty associated with litigation in the Bankruptcy Court over the sum of money involved, and good cause appearing, it is hereby

**ORDERED that:**

1. TD Bank, N.A., as garnishee, forthwith release back to the Debtor's account the sum of $1,215.17;

2. TD Bank, N.A., as garnishee, forthwith turn over the sum of $1,215.18 to Turner Law Firm Trust Account, as attorneys for

General Plumbing Supply, 76 South Orange Avenue - PO Box 526, South Orange, New Jersey 07079; and,

    3. this order fully resolves the issues in dispute between the parties with respect to the pre-petition levy at TD Bank, N.A., for the total sum of $2,330.35.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.**

TURNER LAW FIRM, LLC, General Plumbing    WINEGAR, WILHELM, GLYNN & ROEMERSMA
Attorneys for ~~Plaintiff~~ Supply, Inc.    Attorneys for Debtor

BY: _____    BY: _____
    ANDREW R. TURNER                    SCOTT M. WILHELM
Dated: August 10, 2016           Dated: August 18, 2016

MICHAEL H. KALINER, ESQ.
CHAPTER 7 TRUSTEE
_____
Dated: 8/26/16

-3-