**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ  08865
Phone: (908) 454-3200
Fax: (908) 454-3322
Wilhelms@wwgrlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Edward J. Harvey | CHAPTER 7<br>Case No. 16-14664 (REF) |

**STIPULATION AND CONSENT ORDER**

AND NOW, upon consideration of both the Debtor, Edward J. Harvey's, and the Creditor, General Plumbing Supply Inc.'s, counsels' request that this Court approve a stipulation which has been reached on the Creditor's pre-petition levy, and the Chapter 7 Trustee having agreed thereto and for good cause shown;

IT IS HEREBY ORDERED that the ~~attached~~ Stipulation <u>filed with this Order</u> is approved.

Date: September 6, 2016

_____
RICHARD E. FEHLING, U.S.B.J.