United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward J. Harvey  
     Debtor

Case No. 16-14664-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Sep 06, 2016  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.  
db            +Edward J. Harvey,    1453 Walnut Lane,    Macungie, PA 18062-9407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
       MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
       SCOTT M. WILHELM    on behalf of Debtor Edward J. Harvey BarbR@wwgrlaw.com, G27019@notify.cincompass.com  
       THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                           TOTAL: 6

**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
Phone: (908) 454-3200
Fax: (908) 454-3322
Wilhelms@wwgrlaw.com
Attorneys for Debtors

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:  Edward J. Harvey** | CHAPTER 7<br>Case No. 16-14664 (REF) |

### STIPULATION AND CONSENT ORDER

AND NOW, upon consideration of both the Debtor, Edward J. Harvey's, and the Creditor, General Plumbing Supply Inc.'s, counsels' request that this Court approve a stipulation which has been reached on the Creditor's pre-petition levy, and the Chapter 7 Trustee having agreed thereto and for good cause shown;

IT IS HEREBY ORDERED that the ~~attached~~ Stipulation <u>filed with this Order</u> is approved.

**Date: September 6, 2016**

_____
RICHARD E. FEHLING, U.S.B.J.